■ The People of the State of New York, Respondent, v Saul Cardenas, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein, Milonas and Ellerin, JJ.

■ The People of the State of New York, Respondent, v Joseph Bell, Also Known as Giovanni Bell, Also Known as Anthony Jordan, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on February 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.

■ The People of the State of New York, Respondent, v Charles Brooks, Appellant.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), rendered on April 4, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.

■ Arthur Weigold, Appellant-Respondent, v 478 Realty Associates et al., Respondents-Appellants.—Order, Supreme Court, New York County (Richard Wallach, J.), entered on August 16, 1985, unanimously affirmed on the opinion of Richard Wallach, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.